MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7296
    Fax:  (415) 436-7234
    E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 10-0483 RS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| KENDRICK MOORE, ) | |
| Defendant. ) | |

    On August 24, 2010, the parties in this case appeared before the Court for an initial appearance.  At that time, the parties requested, and the Court agreed, to continue this matter for a possible change of plea or trial setting on October 5, 2010.   The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

    The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance

STIP. AND [PROP.] ORD. EXCL. TIME UNDER S.T.A.
U.S. v. MOORE; CR 10-483 RS

outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: September 7, 2010         /s/
        BENJAMIN P. TOLKOFF
        Assistant United States Attorney

DATED: September 7, 2010         /s/
        RICHARD TAMOR
        Attorney for KENDRICK MOORE

    For the reasons stated above, the Court finds that the continuation of this matter from August 24, 2010, to October 5, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 9/7/10

        HONORABLE RICHARD SEEBORG
        United States District Judge