RICHARD A. TAMOR
TAMOR & TAMOR
Law Chambers Building
345 Franklin St., 3rd Floor
San Francisco, CA 94102
Tel: (415) 655-1969
Fax: (415) 887-7658
email: rtamor@TamorLaw.com

Attorneys for Defendant,
KENDRICK MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0483 RS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DATES AND HEARING DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| KENDRICK MOORE, ) | |
| Defendant. ) | |

On November 30, 2010, the parties in this case appeared before the Court for a status hearing. At that time, the defendant requested, and the Court agreed, to a briefing schedule whereby the defense would file a Motion to Suppress on January 11, 2011, the government would file a response on January 25, 2011, the defense would file an optional reply on February 1, 2011, and the motion would be heard before this Court on February 8, 2011.

Last week, the government provided the defense with information that may obviate the need for a Motion to Suppress and resolve this case without further litigation. Undersigned counsel for Mr. Moore needs additional time within which to meet Mr. Moore and discuss the recently provided information and his options going forward.

The parties have agreed that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for a two week extension in filing dates and hearing date. The parties therefore stipulate, with this Court's Permission, to the following briefing schedule:

STIP. AND [PROP.] ORD. EXCL. TIME UNDER S.T.A.
U.S. v. MOORE; CR 10-483 RS

defense will file a Motion to Suppress on January 25, 2011, government will file opposition on February 8, 2011, defense will file an optional reply on February 15, 2011, and a motion hearing will be held in this Court on February 22, 2011.

The parties also agree to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represent that granting the continuance is reasonable time necessary for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: January 10, 2011          /s/
                                  BENJAMIN P. TOLKOFF
                                  Assistant United States Attorney

DATED: January 10, 2011          /s/
                                  RICHARD TAMOR
                                  Attorney for KENDRICK MOORE

For the reasons stated above, the Court finds that the continuation of the motion filing dates and hearing date as noted above is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 1/10/11                    _____
                                  HONORABLE RICHARD SEEBORG
                                  United States District Judge