```
MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7296
    Fax:  (415) 436-7234
    E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 10-0483 RS |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| KENDRICK MOORE, | ) | |
| Defendant. | ) | |

On November 30, 2010, the parties appeared before the Court and set a briefing schedule for the defendant's motion to suppress.  The defendant was to file his motion on January 11, 2011, the government was to respond on January 25, and any reply was due by February 1, 2011.  The Court was to hear argument on the motion on February 8, 2011.  The parties requested and the Court ordered that all time be excluded between November 30, 2011 and January 11, 2011, for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).

On January 10, 2011, the parties filed a stipulation requesting two weeks additional time to negotiate a resolution.  The parties requested and the Court ordered that the time between January 11 and January 25, 2011 be excluded from the speedy trial clock for effective preparation

STIP. AND [PROP.] ORD. EXCL. TIME UNDER S.T.A.
U.S. v. MOORE; CR 10-483 RS

1  of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served
2  by granting such a continuance outweighed the best interests of the public and the defendant in a
3  speedy trial.  18 U.S.C. § 3161(h)(7)(A).

4       On January 31, 2011, the parties reached an agreement to resolve this case and contacted
5  the Court to schedule a date for the defendant to enter a change of plea.  On February 7, 2011, the
6  government provided a copy of the proposed plea agreement in this case to the Court, thereby
7  tolling the speedy trial clock.  18 U.S.C. § 3161(h)(1)(G).

8       As of the date of this stipulation, thirteen days have run from the speedy trial clock
9  (January 25, to February 7, 2011), and fifty-seven days remain.

10 SO STIPULATED:

          MELINDA HAAG
          United States Attorney

14 DATED: February 7, 2011.          /s/
          BENJAMIN P. TOLKOFF
15           Assistant United States Attorney

17 DATED: February 7, 2011.          /s/
          RICHARD TAMOR
18           Attorney for KENDRICK MOORE

19      For the reasons stated above, and because the Court has already issued verbal orders to
20 this effect, the Court orders all time from November 30, 2010 to January 25, 2011, is excluded
21 from the speedy trial clock, 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested
22 continuance would deny the defendant effective preparation of counsel, and would result in a
23 miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

25 SO ORDERED.

27 DATED: 2/7/11

          HONORABLE RICHARD SEEBORG
          United States District Judge